UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
JOAQUIN GAGER and DIANA GAGER,           Civil Action No. 14 CV 10144

                    Plaintiffs,

                                                                   **STIPULATION**

       -against-

PEAPOD LLC, GENERAL ELECTRIC CAPITAL
CORP. and MICHAEL WENZLOFF,

                    Defendants.
----------------------------------------------------------------x

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the time for defendant GENERAL ELECTRIC CAPITAL CORP. to respond to the Complaint has been extended to March 2, 2015. Said defendant ~~will not raise any~~ *waives all [JPO]* affirmative defense*s [JPO]* based upon service of process.

        Execution of this stipulation may be done via facsimile or e-mail.

Dated:     New York, New York
              January 29, 2015

McCARTHY KELLY LLP                  HERZFELD & RUBIN, P.C.
Attorneys for Plaintiffs                    Attorneys for Defendant
JOAQUIN GAGER and DIANA GAGER     GENERAL ELECTRIC CAPITAL CORP.

By: _____             By: _____
     William P. Kelly                               Natalie M. Lefkowitz
52 Duane Street, Fl. 7                      125 Broad Street
New York, New York 10007             New York, New York 10004
(212) 732-5040                                 (212) 471-8500