UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X     Docket #.: 14 CV 10144

JOAQUIN GAGER and DIANA GAGER,

                              Plaintiffs,          **NOTICE OF APPEARANCE**

           - against -

PEAPOD LLC, GENERAL ELECTRIC CAPITAL
CORP. and MICHAEL WENZLOFF,

                              Defendants.

-------------------------------------------------------------------X

S I R S:

1.      I, Bruce A. Torino, am a member of the Law Firm of Torino & Bernstein,
P.C., the Attorneys of Record for the defendants, *PEAPOD LLC and
MICHAEL WENZLOFF*, in the above entitled action and hereby appear as
one of the attorneys for the defendants, *PEAPOD LLC and MICHAEL
WENZLOFF,* in this action.

2.      I further certify that I am registered for Electronic Case Filing and am familiar
with General Order #22.

Dated:  Mineola, New York
        February 12, 2015

                              Yours, etc.

                              TORINO & BERNSTEIN, P.C.

                              BY:_____
                              BRUCE A. TORINO [BT7772]
                              *Attorneys for Defendants*
                              *PEAPOD LLC and MICHAEL WENZLOFF*
                              200 Old Country Road, Ste 220
                              Mineola, New York  11501
                              (516) 747-4301
                              File No.: 108/214154

## CERTIFICATE OF SERVICE

Bruce A. Torino, an attorney duly admitted to practice before this Court does certify that on this date, February 12, 2015, the undersigned did serve upon counsel, via postage pre-paid mail, a copy of this document.

TO:

MCCARTHY KELLY LLP
52 Duane Street
New York, NY 10007

HERZFELD & RUBIN PC
125 Broad Street
New York, NY 10004

Bruce A. Torino, Esq. [BT7772]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Docket #: 14 CV 10144
JOAQUIN GAGER and DIANA GAGER,

Plaintiffs,

- against -

PEAPOD LLC, GENERAL ELECTRIC CAPITAL
CORP. and MICHAEL WENZLOFF,

Defendants.

------------------------------------------------------------------X

============================================================

# NOTICE OF APPEARANCE

============================================================

**TORINO & BERNSTEIN, P.C.**
*Attorneys for Defendants*
*PEAPOD LLC and MICHAEL WENZLOFF*
200 Old Country Road, Suite 220
Mineola, New York  11501
(516) 747-4301
Our File Number: 108/214154