UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X Docket #.: 14 CV 10144

JOAQUIN GAGER and DIANA GAGER,

                         Plaintiffs,          **NOTICE OF APPEARANCE**

     - against -

PEAPOD LLC, GENERAL ELECTRIC CAPITAL CORP.
and MICHAEL WENZLOFF,

                        Defendant(s).

---------------------------------------------------------------X

S I R S:

1.    I, Christine M. Capitolo, am a member of the Law Firm of Torino & Bernstein, P.C. , the Attorneys of Record for the defendants, *PEAPOD LLC and MICHAEL WENZLOFF*, in the above entitled action and hereby appear as one of the attorneys for the defendants, *PEAPOD LLC and MICHAEL WENZLOFF,* in this action.

2.    I further certify that I am registered for Electronic Case Filing and am familiar with General Order #22.

Dated:  Mineola, New York
       February 16, 2015

                         Yours, etc.

                         TORINO & BERNSTEIN, P.C.

                         BY
                         CHRISTINE M. CAPITOLO [CMC9098]
                         *Attorneys for Defendants*
                         *PEAPOD LLC and MICHAEL WENZLOFF*
                         200 Old Country Road, Ste 220
                         Mineola, New York  11501
                         (516) 747-4301
                         File No.: 108/214154

## CERTIFICATE OF SERVICE

Christine M. Capitolo, an attorney duly admitted to practice before this Court does certify that on this date, February *17* , 2015, the undersigned did serve upon counsel, via postage pre-paid mail, a copy of this document.

TO:

MCCARTHY KELLY LLP
52 Duane Street
New York, NY 10007

Natalie Lefkowitz, Esq.
HERZFELD & RUBIN PC
125 Broad Street
New York, NY 10004

Christine M. Capitolo [CMC9098]