UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X Docket #.: 14 CV 10144
JOAQUIN GAGER and DIANA GAGER,

                                  Plaintiffs,      **NOTICE OF APPEARANCE**

       - against -

PEAPOD LLC, GENERAL ELECTRIC CAPITAL
CORP. and MICHAEL WENZLOFF,

                                  Defendants.
------------------------------------------------------------------X

S I R S:

1.    I, Christine M. Capitolo, am a member of the Law Firm of Torino & Bernstein, P.C. , the Attorneys of Record for the defendant, *GENERAL ELECTRIC CAPITAL CORPORATION*, in the above entitled action and hereby appear as one of the attorneys for the defendant, *GENERAL ELECTRIC CAPITAL CORPORATION,* in this action.

2.    I further certify that I am registered for Electronic Case Filing and am familiar with General Order #22.

Dated:   Mineola, New York
          February 24, 2015

                                            Yours, etc.

                                            TORINO & BERNSTEIN, P.C.
                                            BY: _____
                                            CHRISTINE M. CAPITOLO [CMC9098]
                                            *Attorneys for Defendant*
                                            *GENERAL ELECTRIC CAPITAL CORPORATION*
                                            200 Old Country Road, Ste 220
                                            Mineola, New York  11501
                                            (516) 747-4301
                                            File No.: 108/214154

## CERTIFICATE OF SERVICE

     Christine M. Capitolo, an attorney duly admitted to practice before this Court does certify that on this date, February 24, 2015, the undersigned did serve upon counsel, via postage pre-paid mail, a copy of this document.

TO:

MCCARTHY KELLY LLP
52 Duane Street
New York, NY 10007

                                                                                        */s/ Christine M. Capitolo*
                                                                                     Christine M. Capitolo [CMC9098]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Docket #: 14 CV 10144
JOAQUIN GAGER and DIANA GAGER,

                              Plaintiffs,

      - against -

PEAPOD LLC, GENERAL ELECTRIC CAPITAL
CORP. and MICHAEL WENZLOFF,

                              Defendants.
------------------------------------------------------------------X

========================================================================

# NOTICE OF APPEARANCE

========================================================================

**TORINO & BERNSTEIN, P.C.**
*Attorneys for Defendant*
*GENERAL ELECTRIC CAPITAL CORPORATION*
200 Old Country Road, Suite 220
Mineola, New York  11501
(516) 747-4301
Our File Number: 108/214154