# TORINO & BERNSTEIN, P.C.

BRUCE A. TORINO
VINCENT J. BATTISTA
CHRISTINE M. CAPITOLO

MICHAEL A. AMODIO †
THOMAS B. HAYN+
ELLIE S. KONSTANTATOS
EVA J. TOMPKINS
CATHERINE NOTO GRAY
PATRICIA BRUNO GOLDEN

† Licensed Pharmacist N.Y.S.
+Also admitted in New Jersey.

ATTORNEYS AT LAW
200 OLD COUNTRY ROAD, SUITE 220
MINEOLA, NEW YORK 11501-4236

(516) 747-4301
Fax (516) 747-5956

KENNETH A. BERNSTEIN (1956-2013)

COUNSEL

ROBERT M. LEVINE
GEORGE SCHWARZ
LESLIE C. GREENE
KATHLEEN M. DOHERTY
WILLIAM A. MEDICAN
STEWART B. SCHACHNER

March 17, 2015

Hon. Judge Paul Oetken
United States District Court
Southern District of New York
40 Foley Square - Rm 2101
New York, NY 10007

    RE:   JOAQUIN GAGER and DIANA GAGER
           vs. PEAPOD LLC, GENERAL ELECTRIC CAPITAL CORP.
           and MICHAEL WENZLOFF
           Our File Number: 108/214154
           Docket Number: 14 CV 10144

Dear Hon. Judge Oetken:

       Please be advised that our office represents the interests of the named defendants in this action.

       On the issue of jurisdiction in this matter, we herein acknowledge the ministerial error in Peapod's Answer. However, said error was corrected and the Court attention's is respectfully referred to the Answer interposed on behalf of defendant GENERAL ELECTRIC CAPITAL CORPORATION, specifically the second paragraph wherein it is set forth that defendant, PEAPOD LLC., is a foreign limited liability company with Delaware as its designated jurisdiction.

       Annexed please find a copy of the information as reflected on the New York Department of State's database for entity PEAPOD, LLC.

       Thank you for your judicial courtesies herein.

Very truly yours,

CHRISTINE M. CAPITOLO

CMC:ack

cc:   McCarthy & Kelly LLP

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through February 20, 2015.

Selected Entity Name: PEAPOD, LLC
Selected Entity Status Information

**Current Entity Name:** PEAPOD, LLC
**DOS ID #:** 2993330
**Initial DOS Filing Date:** DECEMBER 30, 2003
**County:** NEW YORK
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN LIMITED LIABILITY COMPANY
**Current Entity Status:** ACTIVE

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

**Registered Agent**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

This office does not require or maintain information
regarding the names and addresses of members or
managers of nonprofessional limited liability
companies. Professional limited liability companies
must include the name(s) and address(es) of the

original members, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| DEC 30, 2003 | Actual | PEAPOD, LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us