UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x   Docket No: 14 Civ. 10144
JOAQUIN GAGER and DIANA GAGER,          :

              Plaintiffs,          :          Stipulation of
                                       Dismissal
      - against -          :

PEAPOD LLC, GENERAL ELECTRIC          :
CAPITAL CORP. and MICHAEL
WENZLOFF,          :

              Defendants.          :
-----------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is dismissed without prejudice as to defendants Peapod LLC and General Electric Capital Corp only and without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:      New York, New York
               March 23, 2015

William P. Kelly  
McCarthy | Kelly LLP  
Attorneys for Plaintiffs  
52 Duane Street  
New York, NY 10007  
(212) 732-5040  

Christine Capitolo, Esq.  
Torino & Bernstein, PC  
Attorneys for defendants  
200 Old Country Rd, Ste 220  
Mineola, NY 11501  
(516) 747-4301