Oetken, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x     Docket No: 14 Civ. 10144
JOAQUIN GAGER and DIANA GAGER,                    :

            Plaintiffs,                       :                     Stipulation of
                                                               Dismissal

        - against -                        :

PEAPOD LLC, GENERAL ELECTRIC             :
CAPITAL CORP. and MICHAEL
WENZLOFF,                                        :

            Defendants.                       :
-------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the

attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is

an infant or incompetent person for whom a committee has been appointed and no person not a

party has an interest in the subject matter of the action, the above-entitled action be, and the same

hereby is dismissed without prejudice as to defendants Peapod LLC and General Electric Capital

Corp only and without costs to any party as against the other.  This stipulation may be filed

without further notice with the Clerk of the Court.

Dated:       New York, New York
             March 23, 2015


William P. Kelly
McCarthy | Kelly LLP
Attorneys for Plaintiffs
52 Duane Street
New York, NY 10007
(212) 732-5040

Christine Capitolo, Esq.
Torino & Bernstein, PC
Attorneys for defendants
200 Old Country Rd, Ste 220
Mineola, NY 11501
(516) 747-4301

## SO ORDERED:     3/30/15

J. PAUL OETKEN
United States District Judge