UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                                                                            :

JOAQUIN GAGER and DIANA GAGER,       :

                           Plaintiffs,     :         14-CV-10144 (JPO)

                              -v-            :         <u>ORDER OF REFERENCE</u>

MICHAEL WENZLOFF,                     :

                           Defendant.  :
---------------------------------------------------------------- X

J. PAUL OETKEN, District Judge:

The above entitled action is referred to the Honorable James C. Francis, United States Magistrate Judge, for the following purpose:

__X__ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

_____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

_____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

_____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE:

_____ JURY SELECTION

_____ HABEAS CORPUS

_____ INQUEST AFTER DEFAULT / DAMAGES HEARING

_____ SOCIAL SECURITY

_____ SETTLEMENT

_____ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

_____ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF:

SO ORDERED.

Dated: March 31, 2015
          New York, New York

                                            _____
                                                   J. PAUL OETKEN
                                              United States District Judge